US District Court For The Northern
District Of Florida/Pensacola Division

Kent E Hovind
petitioner

v.                                     Case No. 3:06-cr-83/MCR

United States of America
respondent

Fed.R.Civ.P. 59(e) Motion

Comes Now Kent E Hovind, petitioner, and for his Fed.R.Civ.P. 59(e) Motion, based on the following:

1. On July 8,2014, the court granted the government's renewed motion to find the petitioner in criminal contempt of violating a 2012 court injunction enjoining certain entities from filing liens to prevent the United States from enforcing its interests in relation to certain properties.

2. Two months ago the petitioner was transferred from FCI Berlin to FPC Maxwell, and in the ensuing transit only stayed at FPC Maxwell for 4 days before being re-transferred to the Elmore County Jail. From the Elmore County Jail the petitioner was re-transferred to the BOP Holding Center in Atlanta, where he remains.

3. The petitioner's mail has not followed him due to this set of transfers, and at no point was the petitioner ever served with a copy of the renewed motion the court makes reference to in its order.

4. Having not been served with the renewed motion the courts granting of the motion without affording the petitioner a opportunity to respond or rebut the motion has denied the petitioner his 4th and 5th Amendment procedural due process, and is further violative of the Local Rules of the court for The Northern District of Florida.

5. The court's holding which finds the petitioner's objections to the renewed motion as "moot" are misplaced and plain error, when the only objections the court could be referencing are the petitioner's objections to the initial motion, which the court by necessity must have denied the government for this new motion to be under consideration. The petitioner also never was

served with the court's order which disposed of that initial order, which is a further violation to his due process, and any objections made by the petitioner to the initial order cannot be construed by the court as an implied or express waiver of his legal right to respond to any subsequent renewed motion brought by the United States.

6. The United States defaulted on the initial motion to hold the petitioner in contempt, which was many months ago, and the court never ruled on that default. The petitioner subsequent to that initial motion has filed pleadings in the courts and with the Department of Treasury which reveal in detail the government actors' misconduct in willfully suppressing evidence of his innocence of the crimes he was found guilty of, conduct which soundly violated his rights under Brady v. Maryland. This "renewed" contempt order, made at the end of the petitioner's 10 year sentence and after the government has liquidated the properties which form the basis for the 2012 injunction, creates a rebuttable presumption that this July 8,2014 motion is retaliation against the petitioner for him exercising his constitutional right to redress and appeal in furtherance of exposing the government's aforementioned misconduct. It is well settled in the US district courts that retaliation for the exercise of an inmate's constitutional right is impermissible and is itself unconstitutional.

7. The court's granting of the July 8,2014 order, under the aforegoing basis where the petitioner has been denied notice and due process, is unconstitutional, and this proceeding itself is highly prejudicial to the petitioner and gives rise to actions hurried and committed under an impermissible desire to retaliate.

8. For the foregoing reasons, the petitioner respectfully asks the court to vacate its July 8,2014 order, and to dismiss the governments motion with prejudice for being based upon an improper motive.

Wherefore the petitioner prays that the court will grant his motion.

Respectfully,
Kent E Hovind

7/16/2104

PAGE 1 OF 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A CORRECT COPY OF THIS MOTION WAS SENT VIA FIRST CLASS MAIL TO: TIFFANY EGGERS
21 E. GARDEN ST.
PENSACOLA, FL
32502

ON JULY 17, 2014. THIS MOTION IS FILED TIMELY SINCE I RECEIVED THE ORDER FROM THE COURT ON JULY 10, 2014

Kent Hound

KENT HOUND
06452-017
USP ATLANTA
BOX 150160
ATLANTA, GA
30315

KENT HOVIND
06952-017
USP ATLANTA
BOX 150160
ATLANTA, GA
              30315

ATLANTA METRO 300

18 JUL 2014  PM 1 L



CLERK OF COURT
FEDERAL COURT HOUSE
1 PALAFOX RD
PENSACOLA, FL
              32502

32502565850