**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3:06cr83/MCR

KENT E. HOVIND

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   July 22, 2014
Motion/Pleadings:   FED.R.Civ.P. 59(e) Motion [to Alter Judgment]
Filed by  Defendant      on  7/21/2014      Doc.#      478
RESPONSES:
_____  on _____  Doc.# _____
_____  on _____  Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented
LC (1 OR 2)

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 24th day of July, 2014, that:*

*The relief requested is DENIED.*

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
*Chief United States District Judge*